844

for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 354. IMHOFF *v.* UNITED STATES. Ct. Cl. Certiorari denied. *John I. Heise, Jr.,* for petitioner. *Solicitor General Marshall* for the United States.

No. 356. PROVENZANO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Joseph F. Walsh* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 358. INTRAVAIA ET AL. *v.* WIRTZ, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall* for respondent.

No. 359. EASTMAN *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied. *Bernard I. Rosen* for petitioner. *Solicitor General Marshall* for respondent.

No. 361. LIONBERGER, DBA LIONBERGER'S AUTO PARTS *v.* UNITED STATES. Ct. Cl. Certiorari denied. *William T. Stephens* and *Grant R. Sykes* for petitioner. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for the United States.

No. 365. MOORE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Charles E. Gray* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 396. CALIFORNIA CITIZENS BAND ASSOCIATION, INC. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Clifton Hildebrand* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner,*

*Henry Geller* and *John H. Conlin* for the United States et al.

No. 376. FISHER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Fred Elledge, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 379. SOSA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Sam Adam* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 389. TYNAN ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Myron G. Ehrlich* for Tynan, and *Charles B. Murray* for Hanrahan et al., petitioners. *Solicitor General Marshall* for the United States.

No. 390. MASS *v.* BRENNER, COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied. *Robert J. Patch* for petitioner. *Solicitor General Marshall* for respondent.

No. 407. KRAKOVER, TRUSTEE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Fred M. Winner* and *Warren O. Martin* for petitioner. *Solicitor General Marshall* for the United States.

No. 412. RUNDLE *v.* UDALL, SECRETARY OF THE INTERIOR. C. A. D. C. Cir. Certiorari denied. *Moses Davis* for petitioner. *Solicitor General Marshall* for respondent.

No. 470. BOARD OF MANAGERS OF THE ARKANSAS TRAINING SCHOOL FOR BOYS ET AL. *v.* GEORGE ET AL. C. A. 8th Cir. Certiorari denied. *Joe Purcell,* Attorney General of Arkansas, *R. D. Smith III,* Assistant Attorney General, and *Jack L. Lessenberry,* Special Assistant At-